UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ADT SECURITY SERVICES, INC.<br>3601 Eisenhower Ave., 3rd Floor<br>Alexandria, VA 22304<br><br>Plaintiff,<br><br>v.<br><br>SIM-G TECHNOLOGIES, LLC<br>1411 K Street, N.W., Suite 601<br>Washington, D.C. 20005<br>Serve on: Registered Agent:<br>CT CORPORATION SYSTEM<br>10145 15th Street, N.W., Suite 1000<br>Washington, D.C. 20005<br><br>Defendant. | Case No. |

## COMPLAINT

ADT Security Services, Inc., (hereinafter referred to as "ADT") by its attorneys, Steven R. Freeman, David A. Greenbaum and Freeman, Wolfe & Greenbaum, P.A., hereby files this Complaint against the above-named Defendant, Sim-G Technologies, LLC, (hereinafter referred to as "Sim-G") and states as follows:

1. Plaintiff, ADT, is a Delaware Corporation, with its principal place of business in Boca Raton, Florida.

2. Defendant, Sim-G, is a Virginia corporation, with its principal place of business in Washington, D.C.

## JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to 28 U.S.C., §1332 as the Parties are citizens of different states and the amount in controversy exceeded the sum of Seventy Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

4. Defendant does business and therefore resides in this judicial district for venue purposes; venue is proper under 28 U.S.C. §1391(a) and (c).

## STATEMENT OF CLAIM

5. In 2004, Sim-G contracted with the Department of the Army of the United States of America to replace the central fire alarm system at the Iowa Army Ammunition Plant, Middletown, Iowa, Contract No. W9128F-04-C-00006.

6. During this same time period, Sim-G subcontracted with ADT by and through a Purchase Order and other documents relating thereto (hereinafter referred to as the "Agreement") outlining a portion of work to be performed on the Iowa Army Ammunition Plant Project "US COE Iowa AAP - Fire Alarm Replacement, Contract No.: W9128F-04-C-00006" (hereinafter referred to as "the Project") which is attached hereto as Exhibit No. 1. That Purchase Order outlined the scope of work ADT was to perform, the price to be paid by Sim-G to ADT and the payment terms as follows:

> "1) Provide fire alarm equipment and programming in accordance with the plans and specifications of project. Included with the equipment shall be equipment placement drawings, testing, systems certification and check-out and close-out documentation. The equipment shall include the central station receiving equipment and local fire alarm for each facility.
>
> The close-out documentation shall include the as-built drawings (both hard copy and electronic media and appropriate NFPA Record of Completion Documentation.

      2) Provide 1 year warranty for all parts.

      3) Mr. Joel King will serve as Contractor Quality Control System Manager and the Fire Protection System Designer.

      4) ADT is required to provide a performance bond to SIM-G Technologies, LLC in the amount of the Purchase Order.

Fee: $562,450.00.

<u>Invoices:</u> net 30 day terms upon invoice approval by government, certified payroll may be required to be provided.

This order is contingent upon the receipt of the Government Notice to Proceed (NTP)."

7. On the face of the Purchase Order, it cites that the Order is contingent upon the receipt of the Government Notice to Proceed ("NTP") On or about April 8, 2004, Sim-G received the NTP from the Department of the Army for the Project. A copy of that NTP is attached hereto as Exhibit No. 2.

8. ADT provided all of the items in the Purchase Order and completed all of its work in a timely fashion pursuant to its agreement with Sim-G.

9. ADT has performed all conditions precedent under the terms of the Purchase Order including, but not limited to, providing valuable services, advice and equipment to Sim-G.

10. Sim-G has failed to pay for the services, advice and equipment provided by ADT in the amount of $291,415.56, plus interest and costs. *See* Exhibit No. 3.

## Count I

### (Breach of Contract)

11. ADT incorporates by reference as if fully set forth herein the averments of paragraphs 1 through 10.

12. ADT entered into the Agreement with Sim-G under which Sim-G was required to pay for the items, equipment, service and advice in the Agreement.

13. ADT provided all of the items, services, advice and equipment required in the Agreement and otherwise performed all conditions precedent to its receipt of payment under the Agreement.

14. Sim-G has only provided partial payment and has failed and refused to pay the balance due for the items, services, advice and equipment provided for in the Agreement through the date of the filing of this Complaint.

15. Sim-G's failure to pay for the items, services, advice and equipment constitute a material breach of its/their obligations under the Agreement.

16. ADT has been damaged by Defendant's material breach of the Agreement

WHEREFORE, ADT Security Services, Inc., demands judgment against Defendants in the amount of Two Hundred Ninety One Thousand Four Hundred Fifteen Dollars and Fifty Six Cents ($291,415.56), plus pre-judgment interest and costs and attorneys' fees.

## COUNT II

### QUANTUM MERUIT

17. ADT incorporates by reference as if fully set forth herein the averments of paragraphs 1 through 16.

4

18. Alternatively, ADT rendered and provided valuable items, services, advice and equipment to Defendant.

19. The aforementioned items, services, advice and equipment were accepted by Defendant, used by Defendant and enjoyed by Defendant.

20. The items, services, advice and equipment were rendered and provided under such circumstances that reasonably notified Defendant that ADT in performing and providing such services and equipment, expected to be paid by Defendant.

WHEREFORE, Plaintiff, ADT Security Systems, Inc., demands judgment against Defendants in the amount of Two Hundred Ninety One Thousand Four Hundred Fifteen Dollars and Fifty Six Cents ($291,415.56), plus pre-judgment interest and costs and attorneys' fees.

## COUNT III

## (UNJUST ENRICHMENT)

21. ADT incorporates by reference as if fully set forth herein the averments of paragraphs 1 through 20.

22. Benefits, comprised of items, services, advice and equipment were conferred upon Defendant by ADT.

23. Defendant had knowledge that ADT conferred the aforementioned benefits at the time they were rendered and/or provided.

24. Acceptance or retention by the Defendant of the aforementioned benefits under these circumstances makes it inequitable for the Defendant to retain said benefits without payment of their value.

WHEREFORE, Plaintiff, ADT Security Systems, Inc. demands judgment against Defendant in the amount of Two Hundred Ninety One Thousand Four Hundred Fifteen Dollars and Fifty Six Cents ($291,415.56), plus pre-judgment interest and costs and attorneys' fees.

_____
STEVEN R. FREEMAN   (USDC Bar #476221)
Freeman, Wolfe & Greenbaum, P.A.
409 Washington Avenue, Suite 300
Towson, Maryland 21204
(410) 321-8400

Attorneys for Plaintiff,
ADT Security Systems, Inc.

STATE OF MARYLAND )
) To Wit:
CITY/COUNTY OF _____ )

Charles Mc Clung
_____ being first duly sworn on oath deposes and says upon information and belief that the foregoing is a just and true statement of the amount owing by Defendant to the Plaintiff, exclusive of all set-offs and just grounds of defense.

ADT Security Services, Inc., Plaintiff

By: Charles Mc Clung
Name: CHARLES MCCLUNG
Title: Director, Account Services for ADT Federal Systems

Subscribed and sworn to before me this 18 day of January, 2008.

Angela W. Damper
Notary

My Commission Expires:
September 30, 2010



7

*Exhibit 1*

## SIM-G TECHNOLOGIES LLC

1411 K Street NW, Suite 601
Washington DC 20005
202-783-4970

- Purchase Order No. 2361 -01

### PURCHASE ORDER

**Vendor**
Name: ADT Security Services
Address: 3601 Eisenhower Ave, 3rd Floor
City: Alexandria   Va   22304
Attn: Mr. Joel King
Phone:

**Ship To**
Name:
Address:
City:
Phone:

| Qty | Units | Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | **Project:** US COE Iowa AAP - Fire Alarm Replacement, Contract No. W9128F-04-C-0006 | | |
| | | **SIM-G Project No.:** 2361 | | |
| | | **Scope of Work :** | | |
| | | 1) Provide fire alarm equipment and programming in accordance with the plans and specifications of project. Included with the equipment shall be equipment placement drawings, testing, systems certification and check-out and close-out documentation. The equipment shall include the central station receiving equipment and local fire alarm for each facility. | | |
| | | The close-out documentation shall include the as-built drawings (both hard copy and electronic media) and appropriate NFPA Record of Completion documentation. | | |
| | | 2) Provide 1 year warranty for all parts. | | |
| | | 3) Mr. Joel king will serve as Contractor Quality Control System Manager and the Fire Protection System Designer. | | |
| | | 4) ADT is required to provide a performance bond to SIM-G Technologies, LLC in the amount of the Purchase Order. | | |
| | | Fee: | $562,460.00 | |
| | | **Invoices:** net 30 day terms upon invoice approval by government, certified payroll may be required to be provided. | | |
| | | This order is contingent upon the receipt of the Government Notice to Proceed (NTP). | | |

*Exhibit 2*





DEPARTMENT OF THE ARMY
CORPS OF ENGINEERS, OMAHA DISTRICT
106 SOUTH 15TH STREET
OMAHA, NEBRASKA 68102-1618

APR 0 8 2004

REPLY TO
ATTENTION OF

FILE COPY

Contracting Division

Sim-G Technologies, LLC.
ATTN: Roberto Clark
1090 Vermont Ave # 816, NW
Washington, DC 20005

Dear Mr. Clark:

    Reference Contract Number W9128F-04-C-0006, to Replace Central Fire Alarm System at Iowa AAP, Middletown, Iowa. This letter is to be considered as your Notice To Proceed. Under the terms of the contract, you have 10 calendar days to initiate performance. Request you acknowledge receipt of this letter by signing the below statement, it is requested that it be returned via fax.

    A hard copy will not be mailed to your firm; this is your only Notice To Proceed. The acknowledgement should be submitted to the following offices via fax to ATTN: Polina Poluektova, 402-221-4199, ATTN: Roy E. Brewer, 319-753-1370 and Brenda Volker, 402-221-3312.

                                                    Sincerely,

                                                    Phillip E. Holman
                                                    Contracting Officer

    I_____ hereby acknowledge receipt of this Notice To Proceed and will initiate the required performance within the time period specified above.
Dated_____ 2004, and that I am authorized to bind the firm.

ADT Security Services
Po Box 371994
Pittsburgh, PA  15250-7994

◀ MAIL PAYMENT TO

 

CBS408

**For questions on your bill, please call:**
703-317-4419

**BILL TO:**
SIM-G
1411 K STREET NW
SUITE 601
WASHINGTON, DC 20005

| | |
|---|---|
| **CONSOLIDATED INVOICE #** | |
| **INVOICE DATE** | 6/19/2006 |
| **ADT CUSTOMER #** | 01500 147009320 |
| **PLEASE PAY THIS AMOUNT** ▶ | $291,415.56 |

**INVOICE TYPE**

INSTALLATION INVOICE

TERMS: PAYMENT DUE UPON RECEIPT
PLEASE SHOW CONSOLIDATED
INVOICE NUMBER ON REMITTANCE.

ADT Security Services 470
National Account Service
3601 Eisenhower Ave
Alexandria, VA  22304-6456

◀ PLEASE SEND ALL
CORRESPONDENCE
EXCLUDING PAYMENTS
TO THIS ADDRESS.

**CONSOLIDATED INVOICE DESCRIPTION**

Page 1 of 3

**tyco / Fire & Security** — ADT

CBS408

| INVOICE # 147009320 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ADT CUSTOMER NUMBER | YOUR LOCATION NUMBER | DESCRIPTION | PURCHASE ORDER NUMBER | DATE OF INSTALL | DATE OF INVOICE | INVOICE # | AMOUNT | TAX | TOTAL |
| 01500 115403549 | | SIM-G TECHNOLOGIES IOWA ARMY AMMUNITION PLANT BUILDING 1-148 MIDDLETON, IA 52638 TOTAL TAX INVOICE TOTAL | 2361-01 | 10/7/2005 | 4/25/2006 | 02413264A | | .00 | 6,329.00 |
| 01500 115403553 | | SIM-G TECHNOLOGIES IOWA ARMY AMMUNITIONS PLANT BUILDING 2-01 MIDDLETON, IA 52638 TOTAL TAX INVOICE TOTAL | | 10/7/2005 | 4/25/2006 | 02413265A | | .00 | 6,275.00 |
| 01500 115403554 | | SIM-G TECHNOLOGIES IOWA ARMY AMMUNITIONS PLANT BUILDING 2-04 MIDDLETON, IA 52638 TOTAL TAX INVOICE TOTAL | | 11/9/2005 | 4/25/2006 | 02413266A | | .00 | 6,963.00 |
| 01500 115403558 | | SIM-G TECHNOLOGIES IOWA ARMY AMMUNITIONS PLANT BUILDING 200-101 MIDDLETON, IA 52638 TOTAL TAX INVOICE TOTAL | | 10/7/2005 | 4/25/2006 | 02413267A | | .00 | 4,663.00 |

tyco /Fire & Security

CBS408

| INVOICE # 147009320 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ADT CUSTOMER NUMBER | YOUR LOCATION NUMBER | DESCRIPTION | PURCHASE ORDER NUMBER | DATE OF INSTALL | DATE OF INVOICE | INVOICE # | AMOUNT | TAX | TOTAL |
| 01500 115403559 | | SIM-G TECHNOLOGIES IOWA ARMY AMMUNITIONS PLANT BUILDING 200-131-3 MIDDLETON, IA 52638 TOTAL TAX INVOICE TOTAL | | 3/22/2006 | 4/25/2006 | 02413268A | | .00 | 5,076.00 |
| 0150 0115403559 | | SIM-G TECHNOLOGIES IOWA ARMY AMMUNITIONS PLANT BUILDING 200-131-3 MIDDLETON, IA 52638 TOTAL TAX INVOICE TOTAL | | 3/22/2006 | 4/25/2006 | 02413269A | | .00 | 1,452.00 |
| 01500 115403560 | | SIM-G TECHNOLOGIES IOWA ARMY AMMUNITIONS PLANT BUILDING 3A-04 MIDDLETON, IA 52638 TOTAL TAX INVOICE TOTAL | | 10/7/2005 | 4/25/2006 | 02413270A | | .00 | 6,959.40 |
| 01500 115403561 | | SIM-G TECHNOLOGIES IOWA ARMY AMMUNITIONS PLANT BUILDING 3A-05-1 MIDDLETON, IA 52638 TOTAL TAX INVOICE TOTAL | | 1/18/2007 | 1/18/2007 | 42652976 | | .00 | 916.35 |

tyco / Fire & Security / ADT

CBS408

INVOICE # 147009320

| ADT CUSTOMER NUMBER | YOUR LOCATION NUMBER | DESCRIPTION | PURCHASE ORDER NUMBER | DATE OF INSTALL | DATE OF INVOICE | INVOICE # | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 01500 | 115403565 | SIM-G TECHNOLOGIES IOWA ARMY AMMUNITIONS PLANT BUILDING 3A-12 MIDDLETON, IA 52638 | | 10/7/2005 | 5/4/2006 | 02413272F | | | |
| | | TOTAL TAX | | | | | | .00 | |
| | | INVOICE TOTAL | | | | | | | 22,356.00 |
| 01500 | 115403567 | SIM-G TECHNOLOGIES IOWA ARMY AMMUNITIONS PLANT BUILDING 4B-137-4 MIDDLETON, IA 52638 | | 10/7/2005 | 4/25/2006 | 02413273B | | | |
| | | TOTAL TAX | | | | | | .00 | |
| | | INVOICE TOTAL | | | | | | | 5,084.00 |
| 01500 | 115403568 | SIM-G TECHNOLOGIES IOWA ARMY AMMUNITIONS PLANT BUILDING 200-101 MIDDLETON, IA 52638 | | 2/1/2006 | 2/6/2006 | 09988531A | | | |
| | | TOTAL TAX | | | | | | .00 | |
| | | INVOICE TOTAL | | | | | | | 218,291.00 |
| 01500 | 115403570 | SIM-G TECHNOLOGIES IOWA ARMY AMMUNITIONS PLANT BUILDING 2-04 MIDDLETON, IA 52638 | | 12/23/2005 | 2/13/2006 | 09988532 | | | |
| | | TOTAL TAX | | | | | | .00 | |
| | | INVOICE TOTAL | | | | | | | 7,050.81 |

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

ADT SECURITY SERVICES, INC.
3601 Eisenhower Avenue, 3rd Floor
Alexandria, Virginia 22304

08885

## DEFENDANTS

SIM-G TECHNOLOGIES, LLC    Serve On: Resident Agent
1411 K Street, N.W., Suite 601    CT Corporation System
Washington, D.C. 20005    10145 15th Street, NW, Suite 1000
Washington, D.C. 20005

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY) _____
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

STEVEN R. FREEMAN, ESQUIRE
Freeman, Wolfe & Greenbaum, P.A.
409 Washington Avenue, Suite 300
Towson, Maryland 21204

ATT

Case: 1:08-cv-00206
Assigned To : Walton, Reggie B.
Assign. Date : 2/5/2008
Description: Contract

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
⊙ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ⊙ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ⊙ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)    OR    ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

①

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ⊙ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☒ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Diversity; Breach of Contract

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ $291,415.00   Check YES only if demanded in complaint
JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 1/28/08   SIGNATURE OF ATTORNEY OF RECORD
2-5-08

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

    I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

    III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

    IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

    VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

    VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.