IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADT SECURITY SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SIM-G TECHNOLOGIES, LLC, )<br>)<br>Defendant. )<br>) | Case No. 1:08-cv-00206<br>Assigned To: Walton, Reggie B. |

**CONSENT MOTION FOR EXTENSION OF TIME FOR
DEFENDANT TO FILE RESPONSIVE PLEADINGS**

Defendant Sim-G Technologies, LLC ("Sim-G"), by and through counsel and with the consent of Plaintiff, ADT Security Services, Inc. ("ADT"), moves for a thirty (30) day extension to file responsive pleadings in this case. This request is made because counsel for Sim-G has just been retained and the parties also want to explore settlement possibilities.

Sim-G's response would therefore be due on or before Friday, April 11, 2008.

A proposed order is attached hereto.

Dated: March 5, 2008                    SIM-G TECHNOLOGIES, LLC


                                        /s/
                                        Jerry William Boykin (DCB # 22020)
                                        jboykin@wcsr.com
                                        Womble Carlyle Sandridge & Rice, PLLC
                                        8065 Leesburg Pike, Fourth Floor
                                        Vienna, VA  22182
                                        Telephone:   (703) 790-3310
                                        Facsimile:   (703) 918-2253

ADT SECURITY SERVICES, INC.


_____/s/_____
Steven R. Freeman
Freeman, Wolfe & Greenbaum, P.A.
409 Washington Ave., Suite 300
Towson, MD 21204
Telephone: (410) 321-8400

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

Steven R. Freeman
Freeman, Wolfe & Greenbaum, P.A.
409 Washington Ave., Suite 300
Towson, MD 21204

                                              /s/
                                    Jerry William Boykin

WCSR 3853632v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ADT SECURITY SERVICES, INC.,      )
                                  )
        Plaintiff,                )
                                  )
v.                                )    Case No. 1:08-cv-00206
                                  )    Assigned To: Walton, Reggie B.
SIM-G TECHNOLOGIES, LLC,          )
                                  )
        Defendant.                )
_____)

**ORDER**

Upon consideration of Defendant Sim-G Technologies, LLC's Motion for Extension of Time to File a Responsive Pleading it is by the Court this ____ day of ____, 2008.

ORDERED that the motion be, and is and hereby GRANTED; and it is

FURTHER ORDERED that Defendants Response to Plaintiff's Complaint is due on or before April 11, 2008.

_____
Hon. Reggie B. Walton
Judge U.S. District Court
for the District of Columbia

1