IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ADT SECURITY SERVICES, INC.,        )
                                    )
         Plaintiff,                 )
                                    )   Case No. 1:08-cv-00206
v.                                  )   Assigned To: Walton, Reggie B.
                                    )
SIM-G TECHNOLOGIES, LLC,            )
                                    )
         Defendant.                 )
_____)

**SECOND CONSENT MOTION FOR EXTENSION OF TIME FOR
DEFENDANT TO FILE RESPONSIVE PLEADINGS**

Defendant Sim-G Technologies, LLC ("Sim-G"), by and through counsel and with the consent of Plaintiff, ADT Security Services, Inc. ("ADT"), moves for an additional thirty (30) day extension to file responsive pleadings in this case. Settlement negotiations are ongoing and the parties are hopeful this additional time will allow them to resolve this matter.

Sim-G's response would therefore be due on or before Friday, May 12, 2008.

A proposed order is attached hereto.

Dated: March 27, 2008                    SIM-G TECHNOLOGIES, LLC


                                         _____/s/_____
                                         Jerry William Boykin (DCB # 22020)
                                         jboykin@wcsr.com
                                         Womble Carlyle Sandridge & Rice, PLLC
                                         8065 Leesburg Pike, Fourth Floor
                                         Vienna, VA  22182
                                         Telephone:   (703) 790-3310
                                         Facsimile:   (703) 918-2253

1

ADT SECURITY SERVICES, INC.

_____/s/_____
Steven R. Freeman
Freeman, Wolfe & Greenbaum, P.A.
409 Washington Ave., Suite 300
Towson, MD 21204
Telephone: (410) 321-8400

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of March, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

Steven R. Freeman
Freeman, Wolfe & Greenbaum, P.A.
409 Washington Ave., Suite 300
Towson, MD 21204

                                             /s/
                                     Jerry William Boykin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADT SECURITY SERVICES, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>SIM-G TECHNOLOGIES, LLC,<br><br>      Defendant. | Case No. 1:08-cv-00206<br>Assigned To: Walton, Reggie B. |

**ORDER**

Upon consideration of Defendant Sim-G Technologies, LLC's Motion for Extension of Time to File a Responsive Pleading it is by the Court this ____ day of ____, 2008.

ORDERED that the motion be, and is and hereby GRANTED; and it is

FURTHER ORDERED that Defendant's Response to Plaintiff's Complaint is due on or before May 12, 2008.

_____
Hon. Reggie B. Walton
Judge U.S. District Court
for the District of Columbia

1

WCSR 3869160v1