IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADT SECURITY SERVICES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SIM-G TECHNOLOGIES, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Case No. 1:08-cv-00206<br>)  Judge Walton<br>)<br>)<br>)<br>) |

**DISCLSOURE STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Sim-G Technologies, LLC, in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Dated: May 9, 2008                        SIM-G TECHNOLOGIES, LLC

                                              /s/
                                       Jerry William Boykin (DCB # 22020)
                                       jboykin@wcsr.com
                                       Womble Carlyle Sandridge & Rice, PLLC
                                       8065 Leesburg Pike, Fourth Floor
                                       Vienna, VA  22182
                                       Telephone:   (703) 790-3310
                                       Facsimile:    (703) 918-2253

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of May, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

Steven R. Freeman
Freeman, Wolfe & Greenbaum, P.A.
409 Washington Ave., Suite 300
Towson, MD 21204

                                                                   /s/
                                                Jerry William Boykin

WCSR 3896884v1