UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ADT SECURITY SERVICES, INC.,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 1:08-cv-00206-RBW<br>Judge Walton |
| **SIM-G TECHNOLOGIES, LLC,** | ) ) ) | |
| Defendant. | ) ) | |

**CONSENT MOTION FOR CONTINUANCE OF
JUNE 11, 2008 INITIAL SCHEDULING CONFERENCE**

ADT Security Services, Inc., Plaintiff, by its attorneys, Steven R. Freeman and Freeman, Wolfe & Greenbaum, P.A., pursuant to Fed. R. Civ. P. 7 and LCvR 7 and 16.1 of the Local Rules, hereby requests a continuance of the Initial Scheduling Conference scheduled for Wednesday, June 11, 2008 at 9:15 a.m., and as reasons therefore states:

1.   Plaintiff's counsel has a scheduling conflict on Wednesday, June 11, 2008 requiring his attendance at an Open Motions Hearing and Suppression Hearing in the matter of *State of Maryland v. Anthony P. Yingling*, Case No. 12-K-08-000199 IN, set to commence at 10:30 a.m. in the Circuit Court for Harford County, Maryland. *See* court notices collectively attached hereto as Exhibit 1.

2.   Additionally, Plaintiff's counsel has a scheduling conflict on Wednesday, June 11, 2008 requiring his attendance at a Pre-Trial Conference in the matter of *Benjamin Bernard Weber, Jr. v. William Edward Weber, Sr.*, Case No. 12-C-07-002805 CN, set to commense at 1:15 p.m. in the Circuit Court for Harford County, Maryland. *See* court notice attached hereto as Exhibit 2.

1

3.	Plaintiff's counsel has conferred with Defendant's counsel regarding mutually convenient alternative dates for the Initial Scheduling Conference and confirmed that counsel for both parties are available on June 19, 2008 and June 20, 2008.

4.	Plaintiff's counsel has further conferred with Defendant's counsel and confirmed that Defendant's counsel consents to the relief requested in this motion.

WHEREFORE, Plaintiff, ADT Security Services, Inc., respectfully requests that this Court continue the Initial Scheduling Conference in this matter to June 19, 2008 or June 20, 2008.

Dated: May 20, 2008

_____/s/_____
STEVEN R. FREEMAN   (USDC Bar #476221)
srf@fwglaw.com
Freeman, Wolfe & Greenbaum, P.A.
409 Washington Avenue, Suite 300
Towson, Maryland 21204
(410) 321-8400

Attorneys for Plaintiff,
 ADT Security Systems, Inc.

## STATEMENT OF POINTS AND AUTHORITIES

1.	Fed. R. Civ. P. 7;

2.	LCvR 7;

3.	LCvR 16.1

## CERTIFICATE PURSUANT TO LCVR 7(M)

I HEREBY CERTIFY that, pursuant to LCvR 7(m), I conferred with opposing counsel in a good faith effort to determine whether there is any opposition to the relief sought herein and confirmed that there is no such opposition.

                                              /s/
                                       STEVEN R. FREEMAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of May, 2008, I have electronically filed the foregoing Consent Motion for Continuance of June 11, 2008 Initial Scheduling Conference and proposed Order with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

    Jerry William Boykin
    Womble Carlyle Sandridge & Rice, PLLC
    8065 Leesburg Pike, Fourth Floor
    Vienna, VA 22182

                                              /s/
                                       STEVEN R. FREEMAN

```
                    CIRCUIT COURT FOR HARFORD COUNTY
                              James Reilly
                        Clerk of the Circuit Court
                               Courthouse
                         20 West Courtland Street
                             Bel Air, MD 21014
                  (410)-879-2000, TTY for Deaf: (410)-638-4926
                        MD Toll Free-1-(800)989-8296



   TO:      Steven R Freeman Esq
            Freeman, Wolfe & Greenbaum, P. A.
            409 Washington Avenue
            Suite 300
            Towson, MD 21204

   Date:    May 2, 2008

   Ref:     12-K-08-000199 IN

   In Re:   State Of Maryland vs Anthony P Yingling



   Take notice that the above case has been scheduled for a
   Open Motions on June 11, 2008 at 10:30AM.
```

James Reilly
Clerk of the Circuit Court
of Harford County

CC: Joseph Yingling

# Exhibit 1
# Case No. 1:08-cv-00206-RBW

CIRCUIT COURT FOR HARFORD COUNTY
James Reilly
Clerk of the Circuit Court
Courthouse
20 West Courtland Street
Bel Air, MD 21014
(410)-879-2000, TTY for Deaf: (410)-638-4926
MD Toll Free-1-(800)989-8296

TO:     Steven R Freeman Esq
        Freeman, Wolfe & Greenbaum, P. A.
        409 Washington Avenue
        Suite 300
        Towson, MD 21204

DATE:   April 29, 2008

REF:    12-K-08-000199 IN

IN RE:  State Of Maryland vs Anthony P Yingling

TAKE NOTICE THAT THE ABOVE CASE HAS BEEN SCHEDULED FOR A **Suppression Hearing** on **June 11, 2008** at 10:30AM.

_____
James Reilly
Clerk of the Circuit Courts
of Harford County

**PLEASE CONFERENCE CALL THE ASSIGNMENT OFFICE AT 410-879-0012 FOR ANY CHANGE IN THIS DATE.**

CC: Diane Adkins Tobin Esq

```
                    CIRCUIT COURT FOR HARFORD COUNTY
                             James Reilly
                       Clerk of the Circuit Court
                              Courthouse
                       20 West Courtland Street
                            Bel Air, MD 21014
              (410)-879-2000, TTY for Deaf: (410)-638-4926
                       MD Toll Free-1-(800)989-8296
```

TO:      Steven R Freeman Esq
         Freeman, Wolfe & Greenbaum, P. A.
         409 Washington Avenue
         Suite 300
         Towson, MD 21204

DATE:    May 1, 2008

REF:     12-C-07-002805 CN

IN RE:   Benjamin Bernard Weber Jr vs William Edward Weber Sr

Take notice that the above case has been scheduled for a

   **Pre-Trial Conference** for settlement on **June 11, 2008** at 01:15PM.

**PLEASE NOTE:**

1.  Counsel must secure the attendance of all parties necessary, including insurance representatives, to effect a binding settlement.
    Insurance representatives are not required in domestic cases. NOTE: AN INSURANCE COMPANY SHALL BE REPRESENTED BY THE LOCAL CLAIMS MANAGER OR AN INDIVIDUAL WHO HAS BEEN AUTHORIZED TO ENTER INTO A SETTLEMENT UP TO THE POLICY LIMITS OF THE INSURED. IF THE REPRESENTATIVE OF AN INSURANCE CARRIER WHO ATTENDS THE PRE-TRIAL CONFERENCE IS NOT GIVEN FULL AUTHORITY TO ENTER INTO A SETTLEMENT UP TO THE POLICY LIMITS OF THE INSURED, THE COURT RESERVES THE RIGHT TO ASSESS COUNSEL FEES AGAINST COUNSEL FOR THE INSURANCE CARRIER FOR THE TIME SPENT BY ALL OTHER COUNSEL IN PREPARING FOR AND ATTENDING THE PRE-TRIAL CONFERENCE.

2.  Notify assignment office **within 20 days** of receipt of this notice for any change in conference date.

3.  If efforts to effect a settlement fail, be prepared to select a trial date.

4.  The attorney who attends the pre-trial conference will be considered by the court to be the attorney who will try the case. In scheduling the trial date the court will not accomodate the schedule of any attorney not present at the pre-trial conference.

5.  NOTE:   All Discovery and other deadlines already established in a Pre-Trial Order from an earlier pre-trial settlement conference are still binding on all parties unless specifically modified by the Court.

                                             James Reilly
                                             Clerk of the Circuit Court
                                             of Harford County

CC: Stanley Alpert Esq

# Exhibit 2
# Case No. 1:08-cv-00206-RBW

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                          )
**ADT SECURITY SERVICES, INC.,**          )
                                          )
    **Plaintiff,**                    )
                                          )   **Civil Action No. 1:08-cv-00206-RBW**
**v.**                                    )   **Judge Walton**
                                          )
**SIM-G TECHNOLOGIES, LLC,**              )
                                          )
    **Defendant.**                   )
_____   )

## ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for Continuance of June 11, 2008 Initial Scheduling Conference, it is this _____ day of _____, 2008, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the Initial Scheduling Conference in this matter be and hereby is rescheduled for _____, 2008 at _____.

 

_____
REGGIE B. WALTON
United States District Court Judge

Copies to:

Steven R. Freeman
Freeman, Wolfe & Greenbaum, P.A.
409 Washington Avenue, Suite 300
Towson, MD 21204
*Counsel for the Plaintiff*

Jerry William Boykin
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike, Fourth Floor
Vienna, VA 22182
*Counsel for the Defendant*