IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADT SECURITY SERVICES, INC., ) <br> ) <br> Plaintiff/Counter-Defendant, ) <br> ) <br> v. ) <br> ) <br> SIM-G TECHNOLOGIES, LLC, ) <br> ) <br> Defendant/Counter-Plaintiff ) <br> ) | Case No. 1:08-cv-00206 <br> Judge Walton |

ADT SECURITY SERVICES, INC.'S
ANSWER TO
COUNTERCLAIM OF SIM-G TECHNOLOGIES, LLC

**COMES NOW,** the Plaintiff/Counter-Defendant, ADT Security Services, Inc., (hereinafter referred to as "ADT") by its attorneys, Steven R. Freeman, David A. Greenbaum and Freeman, Wolfe & Greenbaum, P.A., and hereby files this Answer to the Counterclaim of Defendant/Counter-Plaintiff, SIM-G Technologies, LLC (hereinafter referred to as "Sim-G"), and ADT answers the allegations in the Counterclaim as follows:

## FACTS

1. ADT admits that the parties did enter into a purchase order agreement, which was attached to its original Complaint as Exhibit 1. As the allegations in this Paragraph of the Counterclaim do not encompass the entirety of the scope of work, Paragraph 1 is denied as written.

2. Upon information and belief, the allegations contained in Paragraph 2 are admitted.

3. The allegations contained in Paragraph 3 are denied. ADT performed in compliance with its obligations.

4. The allegations contained in Paragraph 4 are denied. ADT performed in compliance with its obligations.

5. The allegations contained in Paragraph 5 are denied as written. ADT performed in compliance with its obligations.

6. The allegations contained in Paragraph 6 are denied.

7. The allegations contained in Paragraph 7 are denied as written.

8. The allegations contained in Paragraph 8 are denied.

9. ADT is without sufficient knowledge to admit or deny the completion date specified within this paragraph at the present time; therefore, the allegations contained in Paragraph 9 are denied.

10. The allegations contained in Paragraph 10 are denied.

11. The allegations contained in Paragraph 11 are denied. ADT timely provided delivery of parts.

12. The allegations contained in Paragraph 12 are denied. ADT performed in compliance with its obligations.

## COUNT I
**(Breach of Contract)**

13. ADT incorporates its responses to the allegations of paragraphs 1 through 12 as though fully set forth herein.

14. The allegations contained in Paragraph 14 are denied.

WHEREFORE, ADT asks that Count I of the Counterclaim be dismissed with prejudice.

WHEREFORE, having fully answered, ADT moves that the Counterclaim be dismissed with prejudice and that it be awarded its costs and attorneys' fees expended herein.

## AFFIRMATIVE DEFENSES

**AND NOW**, further answering Counter-Plaintiff's Counterclaim, ADT avers as follows:

### FIRST AFFIRMATIVE DEFENSE

The Counterclaim fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

ADT complied with its contractual obligations.

### THIRD AFFIRMATIVE DEFENSE

Counter-Plaintiff is estopped from any recovery on the claims asserted.

### FOURTH AFFIRMATIVE DEFENSE

Any claim against ADT is barred, in whole or in part, by the applicable statutes of limitations, prescriptive, and/or laches, estoppel, or peremption.

### FIFTH AFFIRMATIVE DEFENSE

Counter-Plaintiff's requested relief is barred in whole or in part by its own breach of contract, thereby excusing ADT from performance thereunder.

### SIXTH AFFIRMATIVE DEFENSE

Further, Counter-Plaintiff's requested relief is further barred in whole or in part by its failure to comply with conditions precedent to the scope of work to be performed by ADT.

### SEVENTH AFFIRMATIVE DEFENSE

Counter-Plaintiff's claims are barred in whole or in part by its own negligence.

### EIGHTH AFFIRMATIVE DEFENSE

Counter-Plaintiff's claims are barred in whole or in part by its failure to mitigate its damages.

## NINTH AFFIRMATIVE DEFENSE

Counter-Plaintiff's claims are barred in whole or in part by its unclean hands.

## TENTH AFFIRMATIVE DEFENSE

ADT reserves the right to file additional Answers, Counter-Claims or Third-Party Claims, such as the facts may later disclose and require.

**RESPECTFULLY SUBMITTED:**

_____/s/_____
STEVEN R. FREEMAN (USDC Bar #476221)
srf@fwglaw.com
Freeman, Wolfe & Greenbaum, P.A.
409 Washington Avenue, Suite 300
Towson, Maryland, 21204
(410) 321-8400

Attorneys for Plaintiff,
ADT Security Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of May, 2008, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

Jerry William Boykin
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike, Fourth Floor
Vienna, VA 22182

                                                  /s/
                                       Steven R. Freeman