IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADT SECURITY SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:08-cv-00206 ) **(RBW)** |
| SIM-G TECHNOLOGIES, LLC, | ) ) ) |
| Defendant. | ) ) |

**LOCAL CIVIL RULE 16.3(C) CONFERENCE**

The parties herein, ADT Security Services, Inc., Plaintiff/Counter-Defendant and Sim-G Technologies, LLC, Defendant/Counter-Plaintiff met pursuant to Rule 16 and 26 Fed. R. Civ. P. and Rule 16.3(c) of the Local Rules of this Court on June 2, 2008 in the District of Columbia.

**Statement of the Case**

This is a breach of contract case between two companies that worked on a government contract to replace the central fire alarm system at the Iowa Army Ammunition Plant, Middletown, Iowa, Contract No. W9128F-04-C-00006. Both sides claim a breach of this contract by the other. The Plaintiff's claim for breach in this matter is $291,000. The Counter-Plaintiff's claim against ADT is for $350,000. Jurisdiction in this Court is based on diversity.

**Meet and Confer**

Counsel for the parties met on June 2, 2008 and the following matters were discussed and agreed:

(1) The parties agree that, at the present time, it is unlikely that all or most of this case will be disposed of by dispositive motion;

(2)   The parties agree that November 1, 2008 should be the date by which other parties shall be joined or the pleadings amended;

(3)   The parties have no objection to this matter being assigned to a magistrate judge for all purposes including trial.

(4)   The parties agree that there is a realistic possibility of settling this case.

(5)   The parties believe that the case could benefit from the Court's alternative dispute resolution procedures and recommend that early mediation be scheduled after the parties voluntarily meet for an informal settlement conference.  The parties request that this early mediation be scheduled after the end of July 2008.  The parties believe that this early mediation, assuming the informal process is not successful, should take place before a judicial resolution of key legal issues.  The parties believe that they would benefit from a neutral evaluation of their case and that there would be cost savings or other practical advantages which would flow from a stay of discovery or other pretrial proceedings until the ADR process is completed;

(6)   The parties do not believe that the case can be resolved by summary judgment or motion to dismiss at this stage since the disputes are almost entirely factual in nature;

(7)   The parties agree to dispense with the initial disclosures required by Rule 26(a)(1) Fed. R. Civ. P.

(8)   The parties anticipate the discovery would take six months from the date that that discovery is commenced;

(9)   The parties request that they be permitted to complete fact discovery before expert reports are exchanged and expert depositions scheduled;

(10)  Not applicable;

(11)  The parties agree that this matter should not be bifurcated for trial;

(12) The pretrial conference should be scheduled sometime toward the end of February or March, 2009;

(13) The parties agree that the Court should set a trial date at the pretrial conference;

(14) The parties are making a diligent effort to schedule an informal settlement conference.

                                Respectfully submitted,

Dated: June 5, 2008                           /s/
                                          Jerry William Boykin (DCB # 22020)
                                          jboykin@wcsr.com
                                          Womble Carlyle Sandridge & Rice, PLLC
                                          8065 Leesburg Pike, Fourth Floor
                                          Vienna, VA  22182
                                          Telephone:   (703) 790-3310
                                          Facsimile: (703) 918-2253


                                          /s/
                                          Steven R. Freeman (Bar No. 476221)
                                          Freeman Wolfe & Greenbaum, P.A.
                                          409 Washington Avenue
                                          Suite 300
                                          Towson, MD  21204
                                          Telephone:   (410) 321-8400

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of June, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

Steven R. Freeman
Freeman, Wolfe & Greenbaum, P.A.
409 Washington Ave., Suite 300
Towson, MD 21204


                                                                   /s/
                                        Jerry William Boykin

WCSR 3911467v1