REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: TYPE M

| CAUSE OF ACTION: | 28:1332 Diversity-Breach of Contract | | | |
|---|---|---|---|---|
| CASE NO:<br>08cv206 | DATE REFERRED:<br>6/23/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement Discussions | JUDGE:<br>Reggie B. Walton | MAG. JUDGE |
| PLAINTIFF(S):<br>ADT SECURITY SERVICE, INC. | | DEFENDANT(S):<br>SIM-G TECHNOLOGIES, LLC | | |
| ENTRIES:<br>Refer case to Magistrate Judge for Settlement Discussions; Commencing on 7/28/08 and ending 10/1/08. | | | | |