UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADT SECURITY SERVICES INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 08-206 (RBW) |
| SIM-G TECHNOLOGIES, LLC | ) ) ) | |
| Defendants. | ) ) | |

## SCHEDULING ORDER

The parties appeared before the Court on June 20, 2008, for an initial scheduling conference. Based upon the discussions at this hearing, it is on this 23rd day of June, 2008, hereby **ORDERED** that

1. This case shall be referred to a magistrate judge for settlement discussions commencing on July 28, 2008 and concluding on October 1, 2008.

2. A status conference shall be held on October 1, 2008 at 1:30 p.m. in courtroom 16 before the Honorable Judge Reggie B. Walton at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

/s/_____
REGGIE B. WALTON
United States District Judge