UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADT SECURITY SERVICES, INC.,** ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | Civil Action No. 1:08-cv-00206-RBW |
| v. ) | Judge Walton |
| ) | |
| **SIM-G TECHNOLOGIES, LLC,** ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for ADT Security Services, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of ADT Security Services, Inc. which have any outstanding securities in the hands of the public:

1.  ADT Security Services, Inc. is a Delaware corporation and is not a publicly traded company. ADT Security Services, Inc. is wholly owned by ADT General Holdings, Inc. ADT General Holdings, Inc. is a wholly owned subsidiary of TYCO International Ltd. TYCO International Ltd. is a Bermuda corporation and is publicly traded on the New York Stock Exchange under the symbol TYC. No other publicly traded corporation owns any shares of ADT Security Services, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

_____/s/ Steven R. Freeman_____
Steven R. Freeman  (D.C. Bar No. 476227)
Freeman, Wolfe & Greenbaum, P.A.

1

       409 Washington Avenue, Suite 300
       Towson, Maryland 21204
       (410) 321-8400
       srf@fwglaw.com

       Attorneys of Record for Plaintiff/Counter-Defendant, ADT Security Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of June, 2008, a copy of the foregoing Certificate Rule LCvR 7.1 was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Jerry William Boykin
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike, Fourth Floor
Vienna, VA 22182

            /s/ Steven R. Freeman
       Steven R. Freeman   (D.C. Bar No. 476227)