UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADT SECURITY SERVICES, INC., )<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>)<br>v. )<br>)<br>SIM-G TECHNOLOGIES, LLC, )<br>)<br>Defendant/Counter-Plaintiff. )<br>) | Civil Action No. 1:08-cv-00206-RBW<br>Judge Walton |

## CONSENT MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiff/Counter-Defendant ADT Security Services, Inc. ("ADT"), by its attorneys, Steven R. Freeman and Freeman, Wolfe & Greenbaum, P.A., pursuant to Local Civil Rule 83.2(d), respectfully moves this Court for the admission *pro hac vice* of Byron D. Kitchens of the law firm Abbott, Simses & Kuchler, APLC, 400 Lafayette Street, Suite 400, New Orleans, Louisiana, 70130, as co-counsel for ADT in the above-captioned action. In support of this Motion, ADT states as follows:

1. Byron D. Kitchens is an associate with the law firm of Abbot Simses & Kuchler, APLC. His office address is 400 Lafayette Street., Suite 400, New Orleans, Louisiana, 70130. His telephone number is (504) 568-9393. (Declaration of Byron D. Kitchens ("Kitchens Decl."), submitted herewith, paragraph 2.)

2. Mr. Kitchens has been admitted to, and is an active member in good standing of, the following bars: : U. S. District Court of Louisiana; U.S. District Court – Eastern and Western District of Arkansas; and U.S. Court of Appeals – 5th District. (Kitchens Decl. ¶ 3).

3. Mr. Kitchens has not been admitted *pro hac vice* in this Court within the last two years. (Kitchens Decl. ¶ 4).

4. Mr. Kitchens does not engage in the practice of law from an office located in the District of Columbia, is not a member of the District of Columbia Bar, and does not have an application for membership pending. (Kitchens Decl. ¶ 5).

5. Mr. Kitchens has never been disciplined as a member of the bar of any jurisdiction in which he has been admitted. (Kitchens Decl. ¶ 6).

6. Mr. Kitchens is familiar with: (i) the provisions of the Judicial Code (Title 28 U.S.C.) that pertain to the jurisdiction of and practice in the United States District Court; (ii) the Federal Rules of Civil Procedure; (iii) the Rules of the United States District Court for the District of Columbia; (iv) the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals and any exceptions thereto as provided by specific rules of this Court, and will faithfully adhere thereto; and (v) the D.C. Bar Voluntary Standards of Civility in Professional Conduct. (Kitchens Decl. ¶ 7).

7. Mr. Kitchens is familiar with ADT and the issues in this lawsuit. Mr. Kitchens appearance and participation in this matter as counsel with Mr. Steven Freeman of Freeman, Wolfe & Greenbaum, P.A. is necessary for the proper and effective representation of ADT. (Kitchens Decl. ¶ 8).

8. Mr. Freeman is an active member in good standing of the Bar of this Court, and will continue to serve as local counsel for ADT in this matter should Mr. Kitchens be admitted *pro hac vice* in this action.

9. Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with counsel for the Defendant/Counter-Plaintiff and confirmed that there is no opposition to the relief sought in this Motion.

WHEREFORE, Plaintiff/Counter-Defendant ADT Security Services, Inc. respectfully requests that this Honorable Court enter an Order granting Mr. Kitchens permission to appear *pro hac vice* before this Court as counsel for Plaintiff/Counter-Defendant in the above-captioned action.

Respectfully submitted,

Dated: 7/30/08

Steven R. Freeman   (D.C. Bar No. 476227)
Freeman, Wolfe & Greenbaum, P.A.
409 Washington Avenue, Suite 300
Towson, Maryland 21204
(410) 321-8400
srf@fwglaw.com

Attorneys for Plaintiff/Counter-Defendant,
ADT Security Services, Inc.

## STATEMENT OF POINTS AND AUTHORITIES

1. Fed. R. Civ. P. 7;

2. LCvR 7; and

3. LCvR 83.2.

## CERTIFICATE PURSUANT TO LCVR 7(M)

I HEREBY CERTIFY that, pursuant to LCvR 7(m), I conferred with opposing counsel in a good faith effort to determine whether there is any opposition to the relief sought herein and confirmed that there is no such opposition.

_____
Steven R. Freeman   (D.C. Bar No. 476227)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of July, 2008, a copy of the foregoing Consent Motion for Admission *Pro Hac Vice*, accompanying Declaration of Byron D. Kitchens and proposed Order were served via this Court's electronic case filing (ECF) system on the following:

> Jerry William Boykin
> Womble Carlyle Sandridge & Rice, PLLC
> 8065 Leesburg Pike, Fourth Floor
> Vienna, VA 22182

_____
Steven R. Freeman   (D.C. Bar No. 476227)

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADT SECURITY SERVICES, INC., )<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>SIM-G TECHNOLOGIES, LLC, )<br>)<br>Defendant/Counter-Plaintiff. ) | Civil Action No. 1:08-cv-00206-RBW<br>Judge Walton |

## DECLARATION OF BYRON D. KITCHENS

I, Byron D. Kitchens, make the following declaration pursuant to 28 U.S.C. § 1746 and Local Civil Rule 83.2(d):

1. My full name is Byron D. Kitchens.

2. I am an associate with the law firm of Abbott, Simses & Kuchler, APLC. My office address is 400 Lafayette Street., Suite 400, New Orleans 70130. My telephone number is (504) 568-9393.

3. I have been admitted to, and am an active member in good standing of, the following bars: U. S. District Court of Louisiana; U.S. District Court – Eastern and Western District of Arkansas; and U.S. Court of Appeals – 5th District.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, and I do not have an application for membership to the District of Columbia Bar pending.

6. I have never been disciplined as a member of the bar of any jurisdiction in which I have been admitted.

7. I am familiar with: (i) the provisions of the Judicial Code (Title 28 U.S.C.) that pertain to the jurisdiction of and practice in the United States District Court; (ii) the Federal Rules of Civil Procedure; (iii) the Rules of the United States District Court for the District of Columbia; (iv) the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals and any exceptions thereto as provided by specific rules of this Court, and will faithfully adhere thereto; and (v) the D.C. Bar Voluntary Standards of Civility in Professional Conduct.

8. Abbott, Simses & Kuchler, APLC represents Tyco International and its affiliated companies, including ADT Security Services, Inc. ("ADT"), as their national coordinating counsel for commercial litigation. Pursuant thereto, I have been retained by ADT in connection with this matter, and am familiar with both ADT and the issues in this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22 day of July, 2008.

_____
Byron D. Kitchens

Charlotte Livingston
Notary Public /LA Bar #28844
Charlotte Livingston
Commission is for life.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADT SECURITY SERVICES, INC., )<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>SIM-G TECHNOLOGIES, LLC, )<br>)<br>Defendant/Counter-Plaintiff. )<br>) | Civil Action No. 1:08-cv-00206-RBW<br>Judge Walton |

### ORDER

UPON CONSIDERATION of the Consent Motion for Admission *Pro Hac Vice* and supporting Declaration of Byron D. Kitchens, it is, this _____ day of _____, _____, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Byron D. Kitchens is hereby admitted *pro hac vice* in the above-captioned matter for the purpose of appearing as counsel for Plaintiff/Counter-Defendant.

_____
REGGIE B. WALTON
United States District Court Judge

7

Copies to:

Steven R. Freeman
Freeman, Wolfe & Greenbaum, P.A.
409 Washington Avenue, Suite 300
Towson, MD 21204
*Counsel for the Plaintiff/Counter-Defendant*

Jerry William Boykin
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike, Fourth Floor
Vienna, VA 22182
*Counsel for the Defendant/Counter-Plaintiff*