UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADT SECURITY SERVICES, INC., ) <br> ) <br> Plaintiff/Counter-Defendant, ) <br> ) <br> v. ) <br> ) <br> SIM-G TECHNOLOGIES, LLC, ) <br> ) <br> Defendant/Counter-Plaintiff. ) <br> ) | Civil Action No. 1:08-cv-00206-RBW <br> Judge Walton |

## CONSENT MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiff/Counter-Defendant ADT Security Services, Inc. ("ADT"), by its attorneys, Steven R. Freeman and Freeman, Wolfe & Greenbaum, P.A., pursuant to Local Civil Rule 83.2(d), respectfully moves this Court for the admission *pro hac vice* of Lisa Brindle Talbot of the law firm Abbott, Simses & Kuchler, APLC, 1360 Post Oak Blvd., Suite 1700, Houston, Texas 77056, as co-counsel for ADT in the above-captioned action. In support of this Motion, ADT states as follows:

1.  Lisa Brindle Talbot is an associate with the law firm of Abbot Simses & Kuchler, APLC. Her office address is 1360 Post Oak Blvd., Suite 1700, Houston, Texas 77056. Her telephone number is (713) 627-9393. (Declaration of Lisa Brindle Talbot ("Talbot Decl."), submitted herewith, ¶ 2).

2.  Ms. Talbot has been admitted to, and is an active member in good standing of, the following bars: U. S. District Court, Southern District of Texas; State of Maryland; and State of Texas. (Talbot Decl. ¶ 3).

3.  Ms. Talbot has not been admitted *pro hac vice* in this Court within the last two years. (Talbot Decl. ¶ 4).

4. Ms. Talbot does not engage in the practice of law from an office located in the District of Columbia, is not a member of the District of Columbia Bar, and does not have an application for membership pending. (Talbot Decl. ¶ 5).

5. Ms. Talbot has never been disciplined as a member of the bar of any jurisdiction in which she has been admitted. (Talbot Decl. ¶ 6).

6. Ms. Talbot is familiar with: (i) the provisions of the Judicial Code (Title 28 U.S.C.) that pertain to the jurisdiction of and practice in the United States District Court; (ii) the Federal Rules of Civil Procedure; (iii) the Rules of the United States District Court for the District of Columbia; (iv) the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals and any exceptions thereto as provided by specific rules of this Court, and will faithfully adhere thereto; and (v) the D.C. Bar Voluntary Standards of Civility in Professional Conduct. (Talbot Decl. ¶ 7).

7. Ms. Talbot is familiar with ADT and the issues in this lawsuit. Ms. Talbot's appearance and participation in this matter as counsel with Mr. Steven Freeman of Freeman, Wolfe & Greenbaum, P.A. is necessary for the proper and effective representation of ADT. (Talbot Decl. ¶ 8).

8. Mr. Freeman is an active member in good standing of the Bar of this Court, and will continue to serve as local counsel for ADT in this matter should Ms. Talbot be admitted *pro hac vice* in this action.

9. Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with counsel for the Defendant/Counter-Plaintiff and confirmed that there is no opposition to the relief sought in this Motion.

WHEREFORE, Plaintiff/Counter-Defendant ADT Security Services, Inc. respectfully requests that this Honorable Court enter an Order granting Ms. Talbot permission to appear *pro hac vice* before this Court as counsel for Plaintiff/Counter-Defendant in the above-captioned action.

Respectfully submitted,

Dated: 7/30/08

/s/ Steven R. Freeman
Steven R. Freeman   (D.C. Bar No. 476227)
Freeman, Wolfe & Greenbaum, P.A.
409 Washington Avenue, Suite 300
Towson, Maryland 21204
(410) 321-8400
srf@fwglaw.com

Attorneys for Plaintiff/Counter-Defendant,
ADT Security Services, Inc.

### STATEMENT OF POINTS AND AUTHORITIES

1. Fed. R. Civ. P. 7;

2. LCvR 7; and

3. LCvR 83.2.

## CERTIFICATE PURSUANT TO LCVR 7(M)

I HEREBY CERTIFY that, pursuant to LCvR 7(m), I conferred with opposing counsel in a good faith effort to determine whether there is any opposition to the relief sought herein and confirmed that there is no such opposition.

/s/ Steven R. Freeman
Steven R. Freeman  (D.C. Bar No. 476227)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of July, 2008, a copy of the foregoing Consent Motion for Admission *Pro Hac Vice*, accompanying Declaration of Lisa Brindle Talbot and proposed Order were served via this Court's electronic case filing (ECF) system on the following:

Jerry William Boykin
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike, Fourth Floor
Vienna, VA 22182

/s/ Steven R. Freeman
Steven R. Freeman  (D.C. Bar No. 476227)


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADT SECURITY SERVICES, INC., )<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>)<br>v. )<br>)<br>SIM-G TECHNOLOGIES, LLC, )<br>)<br>Defendant/Counter-Plaintiff. )<br>) | Civil Action No. 1:08-cv-00206-RBW<br>Judge Walton |

### DECLARATION OF LISA BRINDLE TALBOT

I, Lisa Brindle Talbot, make the following declaration pursuant to 28 U.S.C. § 1746 and Local Civil Rule 83.2(d):

1. My full name is Lisa Brindle Talbot.

2. I am an associate with the law firm of Abbott, Simses & Kuchler, APLC. My office address is 1360 Post Oak Blvd., Suite 1700, Houston, Texas 77056. My telephone number is (713) 627-9393.

3. I have been admitted to, and am an active member in good standing of, the following bars: U. S. District Court, Southern District of Texas; State of Maryland; and State of Texas.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, and I do not have an application for membership to the District of Columbia Bar pending.

6. I have never been disciplined as a member of the bar of any jurisdiction in which I have been admitted.

7.  I am familiar with: (i) the provisions of the Judicial Code (Title 28 U.S.C.) that pertain to the jurisdiction of and practice in the United States District Court; (ii) the Federal Rules of Civil Procedure; (iii) the Rules of the United States District Court for the District of Columbia; (iv) the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals and any exceptions thereto as provided by specific rules of this Court, and will faithfully adhere thereto; and (v) the D.C. Bar Voluntary Standards of Civility in Professional Conduct.

8.  Abbott, Simses & Kuchler, APLC represents Tyco International and its affiliated companies, including ADT Security Services, Inc. ("ADT"), as their national coordinating counsel for commercial litigation. Pursuant thereto, I have been retained by ADT in connection with this matter, and am familiar with both ADT and the issues in this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of June, 2008.

_____
Lisa Brindle Talbot

_____

BARBARA A. ROQUEMORE
MY COMMISSION EXPIRES
February 2, 2012

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADT SECURITY SERVICES, INC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | Civil Action No. 1:08-cv-00206-RBW |
| v. ) | Judge Walton |
| ) | |
| SIM-G TECHNOLOGIES, LLC, ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

## ORDER

UPON CONSIDERATION of the Consent Motion for Admission *Pro Hac Vice* and supporting Declaration of Lisa Brindle Talbot, it is, this _____ day of _____, _____, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Lisa Brindle Talbot is hereby admitted *pro hac vice* in the above-captioned matter for the purpose of appearing as counsel for Plaintiff/Counter-Defendant.

REGGIE B. WALTON
United States District Court Judge

Copies to:

Steven R. Freeman
Freeman, Wolfe & Greenbaum, P.A.
409 Washington Avenue, Suite 300
Towson, MD 21204
*Counsel for the Plaintiff/Counter-Defendant*

Jerry William Boykin
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike, Fourth Floor
Vienna, VA 22182
*Counsel for the Defendant/Counter-Plaintiff*