IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADT SECURITY SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SIM-G TECHNOLOGIES, LLC, )<br>)<br>Defendant. )<br>) | Case No. 1:08-cv-00206<br>Judge Walton |

## PRAECIPE

Please be advised that the parties herein, ADT Security Services, Inc., Plaintiff/Counter-Defendant and Sim-G Technologies, LLC, Defendant/Counter-Plaintiff have settled the above-captioned case and will file an appropriate dismissal order in a timely fashion. Accordingly, the Court Mediation Conference scheduled for 10:00 a.m. on August 19, 2008 should be canceled.

Respectfully submitted,

Dated: August 19, 2008

/s/
Jerry William Boykin (DCB # 22020)
jboykin@wcsr.com
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike, Fourth Floor
Vienna, VA  22182
Telephone:    (703) 790-3310
Facsimile: (703) 918-2253
*Counsel for Sim-G Technologies, LLC*

WCSR 3961244v1

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 19$^h$ day of August, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

    Steven R. Freeman  
    Freeman, Wolfe & Greenbaum, P.A.  
    409 Washington Ave., Suite 300  
    Towson, MD 21204

                                                               /s/  
                                                              Jerry William Boykin